# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BENJAMIN J. KWITEK, INDIVIDUALLY AND INTERFORM INCORPORATED, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:08cv195 |
| PENTEL COMPANY, LTD. JAPAN AND PENTEL OF AMERICA, LTD., | § § § | |
| Defendants. | § § | |

## JOINT MOTION TO STAY

Plaintiffs, Benjamin J. Kwitek, Individually, and Interform Incorporated, and Defendants, Pentel Company, Ltd. Japan and Pentel of America, Ltd., have reached a settlement in principal to resolve the above referenced matter. Plaintiffs and Defendants have agreed to stay all the deadlines in the above referenced matter between Plaintiffs and Defendants while Plaintiffs and Defendants reduce the settlement into a formal written agreement.

WHEREFORE Plaintiffs and Defendants respectfully request that the Court enter an Order staying the deadlines for 30 days between Plaintiffs and Defendants in the above referenced matter.


Dated: October 17, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ James A. Fussell, III
　　　　　　　　　　　　　　　　　　　　　　　James A. Fussell, III
　　　　　　　　　　　　　　　　　　　　　　　AR State Bar No. 20031960
　　　　　　　　　　　　　　　　　　　　　　　Spangler & Fussell P.C.
　　　　　　　　　　　　　　　　　　　　　　　211 N. Union St., Suite 100

Alexandria, VA 22314
Telephone:  (903) 753-9300
Facsimile:  (903) 553-0403
Email: fussell@sfipfirm.com

ATTORNEY FOR
BENJAMIN J.KWITEK,
INDIVIDUALLY and INTERFORM
INCORPORATED

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties have meet and conferred and the parties are agreeable to the requested relief.

/s/James A. Fussell, III
James A. Fussell, III

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 17, 2012. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/James A. Fussell, III
James A. Fussell, III